UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                    :
                                          :  Chapter 11
NATIONSRENT, INC.,                        :
a Delaware corporation, et al.,           :
                                          :  Jointly Administered
                                          :  Case No. 01-11628 (PJW)
                    Debtors.              :

## ORDER AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO IMPLEMENT RETENTION BONUS PLAN AND SEVERANCE PLAN

This matter coming before the Court on the Motion of the Debtors and Debtors in Possession for Order Authorizing Implementation of Retention Bonus Plan and Severance Plan (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Motion and the Hearing was sufficient under the circumstances.

D. A sound business purpose exists for the Debtors to implement the Key Employee Programs (as that term is defined in the Motion), pursuant to section 363(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"). In addition, the

implementation of the Key Employee Programs is appropriate under section 105 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The Debtors are authorized, pursuant to sections 105 and 363 of the Bankruptcy Code, to: (a) implement, and make such payments as are provided for under the terms of, the Key Employee Programs, as modified as stated at the Hearing on the Motion; and (b) enter into such transactions and execute such documents as are necessary or appropriate to implement the provisions of the Key Employee Programs, as modified as stated at the Hearing on the Motion.

Dated: Jan. 18, 2002

_____
UNITED STATES BANKRUPTCY JUDGE